AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 12, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| RON THOMAS LISANO<br><br>*Plaintiff*<br>v.<br>ROBERT JACKSON, MARYANN CURL, DAVID FLYNN, ERIC BALL and JON CLARIDGE<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:25-CV-05107-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Pursuant to the Court Order at ECF No 24, Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 22, is GRANTED. The Complaint is DISMISSED WITHOUT PREJUDICE.
Judgment of Dismissal without prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A Bastian.

Date: 11/12/2025

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*